# IN THE UNITED STATES BANKRUPTCY COURT
## OF THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
|    Julie V. Folino | : | |
| | : | Case No.: 21-12645-ELF |
|    Debtor(s) | : | |

## PRAECIPE TO WITHDRAW

Kindly withdraw the *Proof of Claim #4-1* filed 12/21/2021 as it was filed to this case in error.

DATED: 12/21/2021    BY:   /s/ *Brad J. Sadek*
                                                                Brad J. Sadek, Esq.
                                                               Sadek and Cooper Law Offices
                                                                1315 Walnut Street, Suite 502
                                                                Philadelphia, PA 19107
                                                                215-545-0008
                                                                Attorney for Debtors