**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)**

| | |
|---|---|
| IN RE:<br>JULIE VERONICA FOLINO<br>　　Debtor | Case No. 21-12645-amc |
| PHH MORTGAGE CORPORATION<br>　　Movant | Chapter 13 |
| vs.<br>JULIE VERONICA FOLINO<br>　　Respondent | 11 U.S.C. §362 |

**NOTICE OF MOTION, RESPONSE DEADLINE
AND HEARING DATE**

　　PHH Mortgage Corporation (hereinafter "Movant") has filed a Motion for Relief from the Automatic Stay with the Court.

　　**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

　　1.　　If you do not want the Court to grant relief sought in the motion or if you want the Court to consider your views on the motion, then on or before **07/11/2023** you or your attorney must do all of the following:

　　　　(a) file an answer explaining your position at:

　　　　　　Clerk's Office, U.S. Bankruptcy Court
　　　　　　Eastern District of Pennsylvania
　　　　　　Robert N.C. Nix, Sr. Federal Courthouse
　　　　　　900 Market Street, Suite 400
　　　　　　Philadelphia, PA 19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

　　　　(b) mail a copy to the Movant's attorney:

　　　　　　Brock and Scott, PLLC
　　　　　　3825 Forrestgate Drive
　　　　　　Winston Salem, NC 27103

      2.      If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the Court may enter an Order granting the relief requested in the motion.

      3.      A hearing on the motion is scheduled to be held before the Honorable Ashely M Chan on **07/18/2023** at **11:00 am**, in **Courtroom #4**, United States Bankruptcy Court, Robert N.C. Nix, Sr. Federal Courthouse, 900 Market Street, Philadelphia, PA 19107.

      4.      If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorneys named in paragraph 1(b).

      5.      You may contact the Bankruptcy Clerk's office in Philadelphia at (215) 408-2800 to find out whether the hearing has been cancelled because no one filed an answer.

Dated: **June 13, 2023**